No. 63885.—Schildkraut Bros. *v.* United States, protest 59/19135 (New York).

Opinion by RICHARDSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 63886.—Inter-American Minerals Corp. *v.* United States, protest 59/19141 (New York).

Opinion by RICHARDSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 63887.—Inter-American Minerals Corp. *v.* United States, protest 59/19142 (New York).

Opinion by RICHARDSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 63888.—Byn Watch Company *v.* United States, protest 59/19330 (New York).

Opinion by RICHARDSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 63889.—Pneumafil Corporation by Intra-Mar Transport Corp. *v.* United States, protest 59/21795 (New York).

Opinion by RICHARDSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 63890.—Pneumafil Corporation by Intra-Mar Transport Corp. *v.* United States, protest 59/21797 (New York).

Opinion by RICHARDSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 63891.—Pneumafil Corporation by Intra-Mar Transport Corp. *v.* United States, protest 59/21796 (New York).

Opinion by RICHARDSON, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

BEFORE THE FIRST DIVISION, MARCH 3, 1960

No. 63892.—Standard Brands Paint Co., Inc., and Frank P. Dow Co., Inc., et al. *v.* United States, protests 58/21294, etc. (Los Angeles).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of valances similar in all material respects to those the subject of *D. N. & E. Walter & Co. et al.* v. *United States* (43 Cust. Ct. 26, C.D. 2098), the claim of the plaintiffs was sustained.

No. 63893.—Gitkin Co. et al. *v.* United States, protests 59/1810, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of valances similar in all material respects to those the subject of *D. N. & E. Walter & Co. et al.* v. *United States* (43 Cust. Ct. 26, C.D. 2098), the claim of the plaintiffs was sustained.

No. 63894.—D. N. & E. Walter & Co. and Perryman, Mojoiner et al. *v.* United States, protests 59/3234, etc. (Los Angeles).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of valances similar in all material respects to those the subject of *D. N. & E. Walter & Co. et al.* v. *United States* (43 Cust. Ct. 26, C.D. 2098), the claim of the plaintiffs was sustained.

No. 63895.—New York Merchandise Co., Inc. *v.* United States, protest 58/7611 (St. Louis).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of carrizo baskets the same in all material respects as those the subject of *Chester K. Stoner* v. *United States* (42 Cust. Ct. 178, C.D. 2083), the claim of the plaintiff was sustained.

No. 63896.—New York Merchandise Co., Inc. *v.* United States, protests 58/10018–9866 and 59/19021–10881 (Chicago).